

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Michael Manuel Perez,                   * From the 104th District
                                          Court of Taylor County,
                                          Trial Court No. 18459B.

Vs. No. 11-13-00365-CR                  * December 17, 2015

The State of Texas,                     * Memorandum Opinion by Willson, J.
                                          (Panel consists of: Wright, C.J.,
                                          Willson, J., and Bailey, J.)

     This court has inspected the record in this cause and concludes that there is no error in the judgment below.   Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.